435 A.2d 1310

Commonwealth v. Osborne, Appellant.

Submitted December 6, 1979. Robert Lee Moore, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and ROBERTS, JJ.[*]

Judgment of sentence affirmed.

ROBERTS, J., concurred in the result.

435 A.2d 1311

Commonwealth v. Riebow, Appellant.

Submitted September 11, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

[*] Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.